# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELODI NAVAB-SAFAVI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROADCASTING BOARD OF )<br>GOVENORS, ET AL. )<br>)<br>Defendants. )<br>_____) | **Civil Action No. 08-1225(ESH)** |

## NOTICE OF CONSENT TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendant the Broadcasting Board of Governs hereby provides Notice that it has received Plaintiff's consent to its motion for an enlargement of time to file an answer (Docket Entry 3).

Respectfully submitted,

\_\_/s/_____
ROBIN M. MERIWEATHER
DC BAR # 490114
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7198
(202) 514-8780 (fax)
Robin.Meriweather2@usdoj.gov