# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELODI NAVAB-SAFAVI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1225(ESH) |
| ) | |
| BROADCASTING BOARD OF ) | |
| GOVENORS, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING EXHIBIT

Defendants James K. Glassman, Joaquin F. Blaya, Blanquita W. Cullum, D. Jeffrey Hirschsberg, Edward E. Kaufman, Mark McKinnon, Steven J. Simmons, Condoleezza Rice, Janice H. Brambilla, Mary Poggioli, Wayne D. Greene, Gary C. Hosford, and Sheila Gandji hereby provide notice, pursuant to Local Civil Rule 5.4(e), that the video recording referenced as Exhibit 3 to their motion to dismiss (Docket Entry 12) will be filed with the Clerk's Office today.  A copy of that Exhibit will be served upon Plaintiff's counsel by first class mail, postage-prepaid.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/
ROBIN M. MERIWEATHER, DC BAR # 490114
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7198; (202) 514-8780 (fax)
Robin.Meriweather2@usdoj.gov