# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELODI NAVAB-SAFAVI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-1225(ESH) |
| BROADCASTING BOARD OF GOVENORS, ET AL. | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given this 30th day of October, 2009, that Defendants James K. Glassman, Mark McKinnon, Steven J. Simmons, Janice H. Brambilla, Mary Poggioli, Wayne D. Greene, Gary C. Hosford, and Sheila Gandji hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the judgment of this Court entered on the 3rd day of September 2009, in favor of Plaintiff and against Defendants, in which the District Court denied Defendants' motion to dismiss and rejected Defendants' invocation of a qualified immunity defense.

Respectfully submitted,

　/s/ *Channing D. Phillips*
CHANNING D. PHILLIPS, D.C. BAR #415793
Acting United States Attorney

　/s/ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        <u>/s/ *Robin M. Meriweather*</u>
        ROBIN M. MERIWEATHER, DC BAR # 490114
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7198
        (202) 514-8780 (fax)
        Robin.Meriweather2@usdoj.gov

**TO THE CLERK:**  Please send copies of the Notice of Appeal to the following attorneys for Plaintiff at the address indicated:

Carolyn Lerner
Richard Salzman
HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN, PLLC
1730 M Street, NW
Suite 412
Washington, DC 20036